**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| IN RE BEARINGS<br>IN RE ANTI-VIBRATION RUBBER PARTS | 2:12-cv-00502<br>2:13-cv-00802 |
| THIS DOCUMENT RELATES TO:<br>AUTO DEALER ACTIONS | |

**AUTO DEALER PLAINTIFFS' JOINDER WITH END PAYOR PLAINTIFFS'
REQUEST TO EXTEND DEADLINE FOR MOTION FOR CLASS CERTIFICATION**

PLEASE TAKE NOTICE that, by their counsel listed below, Automobile Dealer Plaintiffs join and concur with the extension requested in End-Payor Plaintiffs' motion to extend the class certification schedules in *In re Automotive Bearings Antitrust Litig.* (2:12-cv-00500) and *In re Anti-Vibration Rubber Parts Antitrust Litig.* (2:13-cv-00800). As is noted by End Payor Plaintiffs in their papers, non-party Original Equipment Manufacturers' ("OEMs") declining to provide discovery has caused significant and unavoidable delays in acquiring evidence Auto Dealer Plaintiffs intend to use in class certification briefing.

Auto Dealer Plaintiff request the five-month extension of the class certification schedules sought by End Payor Plaintiffs in anticipation of OEMs' prompt compliance with the Master's Orders regarding the Serving Parties' Subpoenas and prompt production of materials requested by the Subpoena.

Dated:  November 14, 2016              Respectfully submitted,


                                       */s/* Jonathan W. Cuneo

- 1 -

Jonathan W. Cuneo
Joel Davidow
Daniel Cohen
Victoria Romanenko
Evelyn Li
**Cuneo Gilbert & LaDuca, LLP**
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
danielc@cuneolaw.com
vicky@cuneolaw.com
evelyn@cuneolaw.com

Don Barrett
David McMullan
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone:  (662) 834-2488
Facsimile:   (662)834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Shawn M. Raiter
**LARSON · KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone:  (651) 312-6500
Facsimile:   (651) 312-6618
sraiter@larsonking.com

*Interim Co-Lead Class Counsel for Dealership Plaintiffs*

Gerard V. Mantese
(Michigan Bar No. P34424)
**Mantese Honigman
  and Williamson, P.C.**
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 607-9200

- 2 -

gmantese@manteselaw.com

*Interim Liaison Counsel for Dealership Plaintiffs*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2016, I caused the foregoing AUTO DEALER PLAINTIFFS' JOINDER WITH END PAYOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                  _/s/_ Jonathan W. Cuneo
                                                  Jonathan W. Cuneo
                                                  Joel Davidow
                                                  Daniel Cohen
                                                  Victoria Romanenko
                                                  Evelyn Li
                                                  **Cuneo Gilbert & LaDuca, LLP**
                                                  507 C Street, N.E.
                                                  Washington, DC 20002
                                                  Telephone: (202) 789-3960
                                                  jonc@cuneolaw.com
                                                  joel@cuneolaw.com
                                                  danielc@cuneolaw.com
                                                  vicky@cuneolaw.com
                                                  evelyn@cuneolaw.com